LANGDON v. N.C. DEP'T OF TRANSP.

No. 338P00

Case below: 138 N.C.App. 553

Petition by plaintiff pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000. Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 October 2000.

LEVASSEUR v. LOWERY

No. 370A00

Case below: 139 N.C.App. 235

Petition by intervenor for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 5 October 2000.

LITTLE v. BARSON FIN. SERVS.

No. 348P00

Case below: 138 N.C.App. 700

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000. Conditional petition by defendants (Brice) for discretionary review pursuant to G.S. 7A-31 dismissed as moot 5 October 2000.

MORRIS v. CARTER

No. 412P00

Case below: 139 N.C.App. 450

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

N.C. FARM BUREAU MUT. INS. CO. v. GURLEY

No. 383P00

Case below: 139 N.C.App. 178

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.